## FAIRCLOTH v. BEARD

No. 682PA86.

Case below: 83 N.C. App. 235.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 3 February 1987. Motion by plaintiffs to dismiss appeal for lack of substantial constitutional question denied 3 February 1987.

## FLEET REAL ESTATE FUNDING CORP. v. BLACKWELDER

No. 668P86.

Case below: 83 N.C. App. 27.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

## GREEN HI-WIN FARM, INC. v. NEAL

No. 700P86.

Case below: 83 N.C. App. 201.

Petition by defendant (Neal) for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

## GUPTON v. BUILDERS TRANSPORT

No. 671PA86.

Case below: 83 N.C. App. 1.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 February 1987.

## HOCHHEISER v. N. C. DEPT. OF TRANSPORTATION

No. 642PA86.

Case below: 82 N.C. App. 712.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 February 1987. Motion by defendant to dismiss appeal for lack of substantial constitutional question denied 3 February 1987.